IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAUL JOSE JIMENEZ-MELENDEZ,<br>Petitioner,<br><br>v.<br><br>LEONARD ODDO, et. al.,<br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 26-1146 |

**ORDER OF COURT**

AND NOW, this 7th day of October, 2026, upon consideration of the petition for habeas relief (ECF No. 1), and Notice of Suggestion of Mootness (ECF No. 11), in which Respondents report that Petitioner Raul Jose Jimenez-Melendez departed the United States on September 23, 2026, IT IS HEREBY ORDERED that the petition is DENIED AS MOOT. *See Lindaastuty v. Attorney General*, 186 F. App'x 294, 298 (3d Cir. 2006) (because the petitioner is no longer in custody, any challenge to detention is moot). The clerk shall docket this case closed.

BY THE COURT:

s/ Joy Flowers Conti
JOY FLOWERS CONTI
SENIOR UNITED STATES DISTRICT JUDGE